22cr259ECT/DJF

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2252(a)(4)(B)<br>18 U.S.C. § 2252(b)(2) |
| v. | |
| JOSEPH MATHIAS GREEMAN IV,<br>  also known as "Joseph Matthias Berendt," | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of Child Pornography)

Between on or about January 30, 2022 and June 28, 2022, in the State and District of Minnesota, the defendant,

**JOSEPH MATHIAS GREEMAN IV,
also known as "Joseph Matthias Berendt"**

having been previously convicted under the law of the State of Minnesota relating to the aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, namely a conviction on or about January 31, 2011 in Hennepin County, Minnesota, for Criminal Sexual Conduct in the First Degree, did knowingly possess one or more matters that contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, by any means, including by computer, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, including, but not limited to, the following video files,



SCANNED
OCT 0 5 2022
U.S. DISTRICT COURT MPLS

| File Names | Descriptions |
|---|---|
| 1) (Pthc) Pedo 5Yo Vaginal Penetration - Rca 5Y(1).mpg | A video file of an adult man vaginally penetrating a pubescent girl whose ankles are tied and bound at times during the video. |
| 2) Kinderficker Pthc Ptsc Hussyfan I Fuck My 3Yo Step Doughter [Minor A] Verme And Cum Up And On Her Litle Child Pussy.avi | A video file of an adult man vaginally penetrating a pubescent girl whose ankles are tied and bound at times during the video. |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

If convicted of the foregoing offense, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to a Galaxy Tab A tablet bearing serial number

2

R9WR302PVFJ.

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____                    _____
UNITED STATES ATTORNEY                            FOREPERSON